

EXHIBIT A-1

# Columbus School for Girls
*all girl*

65 South Drexel Avenue, Columbus, OH 43209

**2019-2020**
**ENROLLMENT CONTRACT**

R.F.

Grade in 2019-2020: Form VIII

Full Tuition: $25,460

Enrollment Deposit: $1,500

This is a legally binding contract. Read it carefully. At the end of this document you will be asked to provide your signature. By doing so, you will be agreeing to the Terms and Conditions of this Enrollment Contract.

We, the undersigned, agree to enroll the above-named child as a student in Columbus School for Girls for the academic year 2019-2020 at the tuition specified above, in accordance with the following terms and conditions:

1. **RESPONSIBILITY FOR TUITION AND FEES.** Parents/guardians are jointly and separately responsible for R.F. school account for the full academic year; this account includes: R.F. tuition and fees.

"Fees" include but are not limited to charges to R.F. school account, for books, school store purchases, yearbooks, and field trips.

2. **DEPOSIT.** The Enrollment Contract must be submitted to the School along with Enrollment Deposit by February 08, 2019. CSG must receive the signed Enrollment Contract to enroll a student and reserve her space for the 2019-2020 academic year. CSG reserves the right to accept or reject the signed Enrollment Contract and deposit regardless of the date by which it is received. The deposit is non-refundable and non-transferable, and will be credited towards tuition for 2019-2020 except as set forth below.

   - **For Returning Families:** The current account balance for all students for whom you, the undersigned parent/guardian, signed a 2018-2019 Enrollment Contract, must be paid in full in order for any student for whom you sign a 2019-2020 Enrollment Contract to begin classes for the 2019-2020 academic year. CSG reserves the right to credit any monies received, including the deposit described above, against any outstanding balances. If your initial deposit is credited against an outstanding balance, CSG may require re-submission of that deposit prior to allowing your student to attend classes for the 2019-2020 academic year.

3. **PAYMENT OF TUITION.** Tuition must be paid using one of the following Payment Plans. Please select a Payment Plan:
   - ○ Full Payment Plan: 100% of tuition, on or before August 1, 2019.
   - ○ 60/40 Payment Plan: 60% of tuition, on or before August 1, 2019. The remaining 40% of tuition, on or before January 2, 2020.
   - ◉ 10 Month Payment Plan: 10 equal payments beginning July 2019 ending April 2020.
   - ○ 12 Month Payment Plan: 12 equal payments beginning May 2019 ending April 2020.

   **Payment Method:** All payment methods can be used regardless of the payment plan selected above. Please choose your preferred method of payment below.

   - ☑ **AutoPay:** A quick, easy way to make recurring payments by automatic draft from a bank account or credit card based on the plan you select above. In order to participate in the AutoPay method, all new and returning families must set-up their *AutoPay* account in *My Backpack* by clicking here. *Pease note: there is a one-time per year administrative fee of $40.00

   - ☐ **Direct to School:** Pay using *Online Payment* through My BackBack or by check/money order. For security purposes, we can no longer accept cash in our offices.

   *Please note: No fee is charged for E-Checks, ACH, Checks or Money Orders. There is a 3% processing fee for all credit card and debit card transactions.

   Please contact the CSG Business Office for any questions regarding payment plans or methods of payment.

4. **PAYMENT OF FEES.** Because the Payment Plans referred to above do not account for fees, CSG will provide parents/guardians

Franklin County Ohio Clerk of Courts of the Common Pleas- 2021 Jan 21 3:25 PM-21CV000433

EXHIBIT
A-2

portion of fees will be refunded once they have been incurred.

5. **EXCLUSION OF STUDENT FOR UNPAID OR DELINQUENT ACCOUNT.** I agree that the School may exclude [R.F.] from class on the first day of school in either semester, or at any time if any current tuition, charges, or fees are due and unpaid. In addition, the School may at any time exclude [R.F.] from any final examination, from graduation, and/or from receiving a diploma or transcript if any tuition, charges, or fees are due and unpaid.

6. **ENFORCEMENT OF CONTRACT.** In the event of default (default being 30 days past due), I agree to pay all costs of collection, including, but not limited to reasonable attorneys' fees, collection agency fees, court costs and interest at a rate of the lesser (a) of one and one half percent (1.5%) per month and (b) the maximum rate permitted by applicable law. Further, as to any account more than 90 days in arrears, the School reserves the right to accelerate the total unpaid balance of tuition and fees due under this Enrollment Contract. After accounts are more than 90 days in arrears, the account can be referred to CSG's collection agent and/or counsel for satisfaction.

7. **WITHDRAWAL OR DISMISSAL.** I agree that if [R.F.] withdraws or is dismissed after May 1, 2019, the unpaid balance of the tuition charge for the entire year and the unused portion of any specified fees are nonetheless due to the School. Only written notification received on or before May 1, 2019 of [R.F.] withdrawal releases the parent(s)/guardian(s) from the 2019-2020 tuition responsibility, minus the non-refundable deposit. The parent(s)/guardian(s) must understand that the overhead expenses of CSG do not diminish with the departure of a student before the school year starts or during the course of the school year. The parent(s)/guardian(s) is obligated to pay the tuition and fees for the full school year unconditionally after the May 1, 2019 deadline. Two exceptions may be made to this policy:

A. If the parent(s)/guardian(s) determine that their financial aid grant is insufficient to their needs and they have notified the School, in writing, within two weeks of receipt of confirmation of the financial aid award or prior to the start of school, whichever is first, that [R.F.] will not be able to attend Columbus School for Girls, the parent(s)/guardians(s) will not be held responsible for the tuition for the entire year, and the deposit will be refunded.

B. If the School determines that it cannot award sufficient financial aid to meet the financial need of the parent(s)/guardian(s), the School may terminate this enrollment contract in writing in its financial aid notification letter and withdraw [R.F.] from enrollment at CSG for the 2019-2020 academic year. Upon such notification, the School shall refund the deposit to the parent(s)/guardian(s).

8. **RULES and REGULATIONS.** I agree that [R.F.] and I will abide by, and uphold all policies, rules, and regulations as adopted by the School as set forth currently, and such other policies, rules, and regulations as may be promulgated hereafter by the School. General rules and regulations are located on the CSG Website, and copies are available from the divisional offices. Disobeying the rules and regulations of the School or disruption of the School community may be deemed sufficient cause for disciplinary action, up through and including dismissal, at the School's sole discretion. Conduct by parents that is consistently disrespectful to faculty, staff, coaches, and/or administrators could be cause for non-renewal of Enrollment Contracts for subsequent years or for immediate removal from the School.

9. **PERMISSION FOR STUDENT PARTICIPATION IN ACTIVITIES.** I agree that [R.F.] may take part in any school sports, school activities, and/or school-sponsored trips or events. I must give advance written notice if I wish to restrict any of the [R.F.] activities at any time.

10. **PERMISSION FOR TRANSPORTATION.** I agree that the School has permission at any time to allow faculty, staff members, and/or other persons authorized by the School to drive [R.F.] on school-sponsored trips or events.

11. **STUDENT DRIVER AND PASSENGER DISCLAIMER.** I agree and understand that Columbus School for Girls disclaims any responsibility or liability arising out of circumstances in which students drive automobiles to and from school and school-sponsored events or in which students ride in automobiles driven by other students or by their parents/guardians to and from school and school-sponsored events.

12. **SPECIAL CIRCUMSTANCES.** I agree that if bad weather, a natural disaster, a pandemic, or any other unforeseen event occurs in or during the school year, the School will make every effort to continue instruction in some manner, including internet-based/distance learning. Thus, in order to make up days lost, we may need to cancel winter and/or spring breaks, have classes on weekends, or extend the school year into the summer, if classes are significantly interrupted for any reason during the regular school year. Tuition will be paid as contracted so that faculty will continue to be compensated as contracted.

13. **PHOTOS, FILMS, RECORDINGS, AND STUDENT DIRECTORY.** I permit CSG to use, in whole or in part, photographs, videos, written extractions, and voice recordings of [R.F.] in both print and electronic publications and advertising materials for CSG and CSG's community partners. Further, I permit CSG to notify local newspapers of [R.F.] academic, athletic, and other special achievements. I permit CSG to publish our family information (including parent names, home addresses, home and cell phone numbers, and parent email addresses) in CSG's directory in both the online directory accessible through CSG's web site and the hard copy directory provided to every School family and faculty/staff member. The directory information is not to be used for solicitation of other CSG parent(s)/guardian(s).

**14. SEVERABILITY.** If any provision of this Enrollment Contract is invalid, illegal, or incapable of being enforced by reason of any rule of law, administrative order, judicial decision or public policy, all other conditions and provisions shall remain in full force and effect.

This Enrollment Contract is binding for a period of one academic year only. I understand that this Enrollment Contract governs R.F. enrollment at CSG for the 2019-2020 academic year and supersedes all previous agreements governing her enrollment for the 2019-2020 academic year. The agreement is further conditioned upon R.F. completion of the current academic year in good standing. The undersigned understands and agrees with the above terms and conditions. Unless waived by the School, ALL LEGAL PARENT(S)/GUARDIAN(S) MUST SIGN THIS ENROLLMENT CONTRACT. If you are divorced/separated it is necessary that you submit a copy of your custody and residency agreements/orders with your enrollment contract and deposit.

Each party agrees that the electronic signatures, whether digital or encrypted, of the parties included in this Enrollment Contract are intended to authenticate this writing and to have the same force and effect as manual signatures. Electronic signature means any electronic sound, symbol or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record, including facsimile or e-mail electronic signatures. A paper copy of this Enrollment Contract is available for your signature upon request. Your electronic signature below applies only to this Enrollment Contract and not to any future transactions. A signed copy of the Enrollment Contract will be available for your reference and for print on your CSG My BackPack account.

| Dean Fadel | 2019-02-05 |
|---|---|
| Parent/Guardian Signature | Date |
| Jacquelina Fadel | 2019-02-05 |
| Parent/Guardian Signature | Date |

(In cases of divorce, separation, or where there is no second parent or guardian in the household, type "Not Applicable" instead of a name in the above Parent/Guardian Signature field.)

By clicking the submit button below, the above-named parent(s)/guardian(s) agree to the terms and conditions of this contract and submit it now to Columbus School for Girls.

EXHIBIT A-3

# Columbus School for Girls

56 SOUTH COLUMBIA AVENUE    COLUMBUS, OHIO 43209
www.columbusschoolforgirls.org
(614) 252-0781

**EXHIBIT B**

R.F.

Mr. and Mrs. Dean Fadel
1768 Chateaugay Way
Blacklick, OH 43004

Form: VII
Advisor: Mrs. Sarah Dahkof Cole
Academic Year: 2018-2019
Marking Period: Semester 2
Date: June 13, 2019

| Course | S1 | Ex 1 | S2 | Ex 2 | Final |
|---|---|---|---|---|---|
| Critical Reading | P | | | | P |
| Humanities 7 | 82 | | 85 | 82 | 84 |
| Mathematics 7 | 79 | | 71 | | 75 |
| Science 7 | 79 | | 74 | 70 | 77 |
| Mandarin | 75 | | 73 | | 74 |
| Band | 95 | | 97 | | 96 |
| Drama 7 | | | 90 | | 90 |
| Art 7 | 88 | | 92 | | 90 |
| Technology 7 | 100 | | | | 100 |
| Physical Education 7 | 98 | | 95 | | 97 |
| Health 7 | | | | | |

### GRADING SCALE

| | | |
|---|---|---|
| A+ | 98-100 | Superior |
| A | 92-97 | Superior |
| A- | 90-91 | Superior |
| B+ | 88-89 | Above Average |
| B | 82-87 | Above Average |
| B- | 80-81 | Above Average |
| C+ | 78-79 | Average |
| C | 72-77 | Average |
| C- | 70-71 | Average |
| D+ | 68-69 | Below Average |
| D | 62-67 | Below Average |
| D- | 60-61 | Below Average |
| O | | Outstanding |
| V | | Very Good |
| S | | Satisfactory |
| N | | Needs Improvement |
| P | | Passing |
| U | | Unsatisfactory |
| I | | Incomplete |
| EX | | Excused |

### DAILY ATTENDANCE

| Quarter | Q1 | Q2 | Q3 | Q4 | Total |
|---|---|---|---|---|---|
| Absences | 0.00 | 5.00 | 1.00 | 3.00 | 9.00 |
| Unexcused Tardies | 1.00 | 1.00 | 0.00 | 0.00 | 2.00 |

*Nola-rae Cronan*
Nola-rae Cronan, Director of Middle School