**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

R.F., *et al.*,

        **Plaintiffs,**                      Case No. 2:21-cv-917

v.                                       Judge Michael H. Watson

**Columbus School for Girls,**        Magistrate Judge Jolson
*et. al.*,

        **Defendants.**

## ORDER

The parties in this case reached a settlement. *See* ECF No. 20. Because R.F. is a minor, the parties first sought settlement approval from the probate court. The probate court approved the settlement. Now, the parties properly seek approval from this Court. ECF No. 20.

The Court independently reviewed the settlement and believes that it is in R.F's best interest. *See Green v. Nevers*, 111 F.3d 1295,1301 (6th Cir. 1997) ("[T]he court would have been remiss if it had not made an independent determination that the settlement was in the minor's best interest."). Accordingly, the settlement is **APPROVED**. The Clerk shall close this case.

**IT IS SO ORDERED.**

                                                         **MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**